# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 5:25–po–60692 |
| | § | |
| Julio Martinez–Martinez | § | |

## ORDER FINDING PROBABLE CASE

    I find that the complaint and/or affidavit(s) filed with the complaint, attested under oath, establish probable cause to believe that an offense against the laws of the United States has been committed and that the defendant committed it.

    IT IS SO ORDERED

    SIGNED May 1, 2025.

Christopher dos Santos
United States Magistrate Judge